CBC

FAX: (843) 308-0676

RECEIVING [✓]   DELIVERY [ ]

CONTAINER NUMBER _____   SEAL NUMBER _____

Stellinger

| PCS | COMMODITY | WEIGHT |
|---|---|---|
| 3 bundles | 2x4x12 | |
| 1 bundle | 2x4x14 | |
| 2 bundles | 2x4x105" | |
| 6 BNDS | | |

**REMARKS**

_____
_____
_____
_____
_____

CARRIER: _____

DRIVER SIGNATURE: _____

DATE: _____

EXHIBIT 11

CLA-006