# IBT WAREHOUSE DOCK RECEIPT

4301 DORCHESTER RD./INDUSTRIAL RD.
NORTH CHARLESTON, SC 29418
PHONE: (843) 308-0674
FAX: (843) 308-0676

№ 1631

CBC
RECEIVING [✗]

DELIVERY [ ]

CONTAINER NUMBER _____  SEAL NUMBER _____

Stallinger

| PCS | COMMODITY | WEIGHT |
|---|---|---|
| 3 bundles | 2x4x12 | |
| 1 bundle | 2x4x14 | |
| 2 bundles | 2x4x105" | |
| 6 BNDLS | | |

**REMARKS**

CARRIER: _____

DRIVER SIGNATURE: _____

DATE: _____

EXHIBIT 4

CLA - 0006

# IBT WAREHOUSE DOCK RECEIPT
4301 DORCHESTER RD./INDUSTRIAL RD.
NORTH CHARLESTON, SC 29418
PHONE: (843) 308-0674
FAX: (843) 308-0676

№ 1555

CBC

RECEIVING [✓]　　　　　　　　　　DELIVERY [ ]

CONTAINER NUMBER __Flat Bed__　　　SEAL NUMBER _____

| PCS | COMMODITY | WEIGHT |
|---|---|---|
| 10 | Bundles Woods | |

**REMARKS**

_____
_____
_____
_____
_____

CARRIER: _____

DRIVER SIGNATURE: _____

DATE: __12-15-04__